March 12, 2010

Mr. R. Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Mr. Darren Patrick Nicholson
Sayles | Werbner P.C.
1201 Elm Street 44th Floor
Dallas, TX 75270
Honorable Carl Haralson Ginsberg
193rd District Court
George L. Allen Courts Bldgs.
600 Commerce St., 8th Floor Tower
Dallas, TX 75202-4606

RE: Case Number: 09-0733
 Court of Appeals Number:
 Trial Court Number: DV 99-01417-L

Style: IN RE COLUMBIA MEDICAL CENTER OF LAS COLINAS, INC. D/B/A LAS
 COLINAS MEDICAL CENTER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. The stay order issued September 11, 2009 is lifted.
You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Gary |
| |Fitzsimmons |